United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA MAYBERRY,
Plaintiff,

v.

WEX, INC.,
Defendant.

Case No. 26-cv-06837-AMO

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Re: Dkt. No. 2

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Richard Seeborg for consideration of whether the case is related to *Patterson v. WEX, Inc.*, Case No. 3:25-cv-08557-RS.

**IT IS SO ORDERED.**

Dated: July 20, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**